| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) |
| | United States Attorney |
| 2 | |
| | MARK L. KROTOSKI (CSBN 138549) |
| 3 | Chief, Criminal Division |
| 4 | LAUREL BEELER (CSBN 187656) |
| | Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| | Telephone: (415) 436-6765 |
| 7 | Facsimile: (415) 436-7234 |
| | Email: laurel.beeler@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

RECEIVED 06 JUL 12 PM 2: 26
RICHARD H. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED 06 JUL 19 PM 2: 02
RICHARD H. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: 3 06 70385 MEJ |
| Plaintiff, | |
| v. | APPLICATION TO UNSEAL COMPLAINT AND ORDER |
| THOMAS F. KELLY, | |
| Defendant. | |

The Court previously sealed the complaint in this case. Kelly since has been arrested, and the United States asks the Court to unseal the complaint.

Dated:                             Respectfully submitted,

KEVIN V. RYAN
United States Attorney

DATED: July 12, 2006

_____
LAUREL BEELER
Assistant United States Attorney

For good cause shown, the Clerk of the Court is directed to unseal the complaint..

IT IS SO ORDERED.

DATED: 7/18/06

_____
United States Magistrate Judge
Edward M. Chen
United States Magistrate Judge

APPLICATION AND ORDER (CR 3 06 70385 MEJ)