1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2

3   MARK L. KROTOSKI (CSBN 138549)
    Chief, Criminal Division

4   LAUREL BEELER (CSBN 187656)
    Assistant United States Attorney

5

6   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6765

7   Facsimile: (415) 436-7234
    Email: laurel.beeler@usdoj.gov

8

    Attorneys for Plaintiff

9

*FILED*

*JUL 3 1 2006*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13   UNITED STATES OF AMERICA, | ) | No.: 3 06 70385 MEJ |
| | ) | |
| 14        Plaintiff, | ) | |
| | ) | |
| 15        v. | ) | APPLICATION TO UNSEAL |
| | ) | COMPLAINT AND RELATED |
| 16   THOMAS F. KELLY, | ) | PAPERS AND ~~PROPOSED~~ ORDER |
| | ) | |
| 17 | ) | |
| |        Defendant. | ) |
| 18 | ) | |

19      The Court previously sealed the complaint and related papers in this case.  Kelly since has

20   been arrested, and the United States asks the Court to unseal the entire court record.

21   Dated:                         Respectfully submitted,

22                                  KEVIN V. RYAN
                                    United States Attorney

23

24   DATED: 7/20/06

25                                  LAUREL BEELER
                                    Assistant United States Attorney

26      For good cause shown, the Clerk of the Court is directed to unseal the complaint, any related

27   papers, and the entire court record..

28   IT IS SO ORDERED.

     DATED: 7/31/06
                                    United States Magistrate Judge

APPLICATION AND ORDER (CR 3 06 70385 MEJ)