RECEIVED

06 JUL 31 PM 3: 42

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 06 0533 SI (MAG) |
| ) | Previous Case No:  CR 3 06 70385 MEJ |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER (Proposed) |
| ) | |
| THOMAS F. KELLY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

17       With the agreement of the parties, the Court enters this order vacating the preliminary

18   hearing date of July 31, 2006, setting a new hearing on September 1, 2006, at 9:30 a.m. before

19   the duty magistrate judge in San Francisco, California, and excluding time under the Speedy

20   Trial Act from July 31, 2006 to September 1, 2006.  The parties agree, and the Court finds and

21   holds, as follows:

22       1. A complaint was authorized in this district under CR 3 06 70385 MEJ.  Kelly was arrested

23   in the Central District of California, made his initial appearance there, and has been released on a

24   personal recognizance bond.  The complaint charges him with mail fraud in violation of 18

25   U.S.C. § 1341 and securities fraud in violation of 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. §

26   240.10b-5.  On Thursday, July 27, 2006, the grand jury returned an indictment charging Kelly

27   with 13 counts of mail fraud  in violation of 18 U.S.C. § 1341 and two counts of securities fraud

28   in violation of 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5.

1    2. The case was set for an initial appearance on Monday, July 31, 2006. Kelly and his

2    attorney live in the Los Angeles area. Because the case has been assigned to Judge Illston, the

3    parties agreed that it would entail an unnecessary expense for counsel and Kelly to travel twice

4    to San Francisco for an initial appearance, first on a Monday, and then on a Friday to make an

5    initial appearance in district court. The parties agreed therefore to reset the initial appearance in

6    magistrate court to a Friday so that Kelly could make his initial appearance in district court on

7    the same day.

8    3. Kelly, who is seventy-five years old, recently slipped and injured himself, so he is unable

9    to travel to San Francisco without great difficulty at the moment. Also, his counsel has other

10   case commitments, including a trial later this month. The first date that defense counsel is

11   available is September 1, 2006. The parties agree, and the Court finds and holds, that failure to

12   grant a continuance, especially due to the fact that the case is pending in the Northern District of

13   California and will require travel, would unreasonably deny the defendant continuity of counsel.

14   See 18 U.S.C. § 3161(h)(8)(B)(iv).

15   4. Continuing the case until September 1, 2006 also will allow defense counsel to obtain

16   and review discovery. The parties agree, and the Court finds and holds, that this opportunity is

17   necessary for the effective preparation of counsel, and that failure to grant a continuance would

18   deny counsel for the defense the reasonable time necessary for effective preparation, taking into

19   account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

20   5. The parties agree, and the Court finds, that the ends of justice served by excluding the

21   period from July 31, 2006 to September 1, 2006 outweigh the best interest of the public and the

22   defendant in a speedy trial. Id. § 3161(h)(A).

23   6. Accordingly, the Court (1) vacates the hearing date of July 31, 2006 at 9:30 a.m., (2) sets

24   a new hearing date on September 1, 2006, at 9:30 a.m. before the duty magistrate judge in San

25   Francisco, California, at 450 Golden Gate Avenue, 15th Floor, San Francisco, California, 94102;

26   //

27   //

28   //

ORDER (CR 06 533 SI, CR 3 06 70385 MEJ)          2

1   and  (3) orders that the period from July 31, 2006, to September 1, 2006, be excluded from

2   Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3   STIPULATED:

4   DATED:_____        _____/s_____
                                  STEPHEN G. FRYE
5                                 Attorney for THOMAS F. KELLY

6   DATED: 7/31/06

7                                 LAUREL BEELER
                                  Assistant United States Attorney
8   IT IS SO ORDERED.

9   DATED:  8/2/06

                                  United States Magistrate Judge
10                                        District

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER (CR 06 533 SI, CR  3 06 70385 MEJ)          3

1    and (3) orders that the period from July 31, 2006, to September 1, 2006, be excluded from

2    Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3    STIPULATED:

4    DATED: 7-31-06

5    _____
     STEPHEN G. FRYE
     Attorney for THOMAS F. KELLY

6    DATED: 7/31/06

7    _____
     LAUREL BEELER
     Assistant United States Attorney

8    IT IS SO ORDERED.

9    DATED:_____
     _____
     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER (CR 06 533 SI, CR 3 06 70385 MEJ)                    3