|   |   |
|---|---|
| 1 |   |
| 2 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 06 0533 SI (MAG) |
|---|---|---|
|   | ) | Previous Case No: CR 3 06 70385 MEJ |
| Plaintiff, | ) |   |
|   | ) |   |
| v. | ) | STIPULATION AND ORDER (~~Proposed~~) |
|   | ) | ~~XXXXXX~~ |
| THOMAS F. KELLY, | ) | X |
|   | ) |   |
| Defendant. | ) |   |

    With the agreement of the parties, the Court enters this order vacating the preliminary hearing date of September 1, 2006, setting a new hearing on October 6, 2006, at 9:30 a.m. before the duty magistrate judge in San Francisco, California, and excluding time under the Speedy Trial Act from September 1, 2006, to October 6, 2006. The parties agree, and the Court finds and holds, as follows:

    1. A complaint was authorized in this district under CR 3 06 70385 MEJ. Kelly was arrested in the Central District of California, made his initial appearance there, and has been released on a personal recognizance bond. The complaint charges him with mail fraud in violation of 18 U.S.C. § 1341 and securities fraud in violation of 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5. On Thursday, July 27, 2006, the grand jury returned an indictment charging Kelly with 13 counts of mail fraud in violation of 18 U.S.C. § 1341 and two counts of securities fraud in violation of 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5.

ORDER (CR 06 533 SI, CR 3 06 70385 MEJ)

2. Kelly and his attorney live in the Los Angeles area. Because the case has been assigned to Judge Illston, the parties agreed to set the initial appearance in magistrate court on a Friday so that Kelly could make his initial appearance in district court on the same day.

3. Kelly, who is seventy-five years old, is having some medical difficulties which last week resulted in his being hospitalized. He has been released from the hospital, but still cannot travel to San Francisco. Also, his counsel has other case commitments. The first date that defense counsel is available is October 6, 2006. Finally, the United States recently scanned and bates stamped discovery, and it will produce the discovery to defense counsel this week. Continuing the case allows counsel to obtain and review discovery.

4. Thus, the parties agree, and the Court finds and holds, that failure to grant a continuance, especially due to the fact that the case is pending in the Northern District of California and will require travel, would unreasonably deny the defendant continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree, and the Court finds and holds, that continuing the case until October 6, 2006, to allow review of discovery is necessary for the effective preparation of counsel, and that failure to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

5. The parties agree, and the Court finds, that the ends of justice served by excluding the period from September 1, 2006, to October 6, 2006, outweigh the best interest of the public and the defendant in a speedy trial, especially considering Kelly's medical condition. Id. § 3161(h)(A).

6. Accordingly, the Court (1) vacates the hearing date of September 1, 2006, at 9:30 a.m., (2) sets a new hearing date on October 6, 2006, at 9:30 a.m. before the duty magistrate judge in San Francisco, California, at 450 Golden Gate Avenue, 15th Floor, San Francisco, California, 94102;

//
//
//

1  and (3) orders that the period from September 1, 2006, to October 6, 2006, be excluded from
2  Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
3  STIPULATED:
4  DATED:_____                    _____/s_____
                                              STEPHEN G. FRYE
5                                              Attorney for THOMAS F. KELLY

6
7  DATED:_____                    _____/s_____
                                              LAUREL BEELER
                                              Assistant United States Attorney
8  IT IS SO ORDERED.
9  DATED: 9/5/06

*IT IS SO ORDERED*
*Judge James Larson*
(United States District Court, Northern District of California seal)

ORDER (CR 06 533 SI, CR 3 06 70385 MEJ)                    3