UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 06 0533 SI (MAG) |
| Plaintiff, | ) | Previous Case No: CR 3 06 70385 MEJ |
| v. | ) | STIPULATION AND ORDER (Proposed) |
| THOMAS F. KELLY, | ) | |
| Defendant. | ) | |

With the agreement of the parties, the Court enters this order vacating the preliminary hearing date of October 6, 2006, setting a new hearing on November 17, 2006, at 9:30 a.m. before the duty magistrate judge in San Francisco, California, and excluding time under the Speedy Trial Act from October 6, 2006, to November 17, 2006. The parties agree, and the Court finds and holds, as follows:

1. A complaint was authorized in this district under CR 3 06 70385 MEJ. Kelly was arrested in the Central District of California, made his initial appearance there, and has been released on a personal recognizance bond. The complaint charges him with mail fraud in violation of 18 U.S.C. § 1341 and securities fraud in violation of 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5. On Thursday, July 27, 2006, the grand jury returned an indictment charging Kelly with 13 counts of mail fraud in violation of 18 U.S.C. § 1341 and two counts of securities fraud in violation of 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5.

ORDER (CR 06 533 SI, CR 3 06 70385 MEJ)

2. Kelly and his attorney live in the Los Angeles area. Because the case has been assigned to Judge Illston, the parties agreed to set the initial appearance in magistrate court on a Friday so that Kelly could make his initial appearance in district court on the same day.

3. Kelly, who is seventy-five years old, is having some medical difficulties which previously resulted in his being hospitalized. He continues to have significant health issues such that he cannot travel to San Francisco at the moment. According to defense counsel, continuing the case until November 17, 2006 may be enough time. In any event, counsel has other case commitments. Discovery is voluminous, and continuing the case allows counsel to review discovery. Finally, the parties are discussing the possibility of a Rule 20 transfer to the Central District.

4. Thus, the parties agree, and the Court finds and holds, that failure to grant a continuance, especially due to the fact that the case is pending in the Northern District of California and will require travel, would unreasonably deny the defendant continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree, and the Court finds and holds, that continuing the case until November 17, 2006, to allow review of discovery is necessary for the effective preparation of counsel, and that failure to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

5. The parties agree, and the Court finds, that the ends of justice served by excluding the period from October 6, 2006, to November 17, 2006, outweigh the best interest of the public and the defendant in a speedy trial, especially considering Kelly's medical condition. Id. § 3161(h)(A).

6. Accordingly, the Court (1) vacates the hearing date of October 6, 2006, at 9:30 a.m., (2) sets a new hearing date on November 17, 2006, at 9:30 a.m. before the duty magistrate judge in San Francisco, California, at 450 Golden Gate Avenue, 15th Floor, San Francisco, California,

//
//
//

ORDER (CR 06 533 SI, CR 3 06 70385 MEJ)     2

1  94102; and (3) orders that the period from October 6, 2006, to November 17, 2006, be excluded
2  from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
3  STIPULATED:
4  DATED:_____              _____/s_____
                                          STEPHEN G. FRYE
5                                         Attorney for THOMAS F. KELLY

6
7  DATED:_____              _____/s_____
                                          LAUREL BEELER
                                          Assistant United States Attorney
8  IT IS SO ORDERED.
9  DATED:_____              _____
                                          United States Magistrate Judge

ORDER (CR 06 533 SI, CR 3 06 70385 MEJ)                3