UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS F. KELLY,<br><br>    Defendant. | No.: CR 06 0533 SI<br><br><br><br>STIPULATION AND ORDER (Proposed) |

The sentencing in this case is set for Friday, July 11, 2008. The parties ask that the date be vacated and reset to October 24, 2008, for the following reasons:

- Mr. Kelly has health and possible mental health issues. He has been hospitalized, then was released to a nursing home, and recently moved to a more permanent residential facility in the Los Angeles area.

- The Court ordered a competency evaluation, and the parties have identified a doctor used by Pretrial Services in Los Angeles. That evaluation cannot be performed until late July.

- If Mr. Kelly is competent, the probation officer still will need to prepare a presentence report.

- Based on the period needed to prepare the presentence report, a date in late October makes sense from a scheduling perspective. Based on the Court's posted calendar, the first available date is October 24, 2008.

The probation officer has been notified of the new date.

//

//

STIPULATION AND ORDER (CR 06 533 SI)

1  STIPULATED:

2

3  DATED:  6/25/08            /s Stephen G. Frye
                              STEPHEN G. FRYE
4                             Attorney for THOMAS F. KELLY

5  DATED:  6/25/08            /s Laurel Beeler
                              LAUREL BEELER
6                             Assistant United States Attorney

7

8  For the reasons stated above, the Court vacates the July 11, 2008, sentencing date and resets

9  it for Friday, October 24, 2008, at 11 a.m.

10  IT IS SO ORDERED.

11

12  DATED:_____    _____
                              SUSAN ILLSTON
13                            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER (CR 06 533 SI)            2