JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6765
    Facsimile:   (415) 436-7234
    E-mail:     laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR 06 0533 SI |
| Plaintiff, ) | |
| ) | NOTICE OF DISMISSAL |
| v. ) | |
| THOMAS F. KELLY, ) | |
| Defendant. ) | |

    With leave of the Court, pursuant to Federal Rule of Criminal Procedure 48(a), and based on the results of the court-ordered competency evaluation, the United States Attorney for the Northern District of California dismisses the above indictment charging mail fraud and securities fraud in violation of 18 U.S.C. § 1341, 15 U.S.C. §§ 78j(b) and 78ff, and 17 CF.R. § 240.10b-5.

DATED: *12-11-08*

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

    Leave is granted to dismiss the indictment.

IT IS SO ORDERED.

SUSAN ILLSTON
United States District Judge

NOTICE OF DISMISSAL (CR 06 0533 SI)